JOHN PEIKEL, Appellant, *v.* GRACE LINE, INC., Respondent.

Argued February 22, 1950; decided March 3, 1950.

*Jeremiah A. O'Leary, Stephen W. O'Leary* and *Abraham N. Levy* for appellant.

*Raymond Parmer* and *Vernon Sims Jones* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.